# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

| | |
|---|---|
| Michelle Mederer, | Case No.: 1:22-CV-1929 |
| Plaintiff, | Judge James S. Gwin |
| -vs- | |
| | **STIPULATION OF SETTLEMENT AND DISMISSAL/JUDGMENT ENTRY** |
| United States Post Office, et al., | |
| Defendants. | |

Plaintiff, Michelle Mederer, and Defendants have resolved any and all claims in dispute between them to their satisfaction and all claims shall be marked "settled and dismissed with prejudice, with each party to bear its own fees, costs and expenses". The court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all the claims of Michelle Mederer are dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

_____
Judge James S. Gwin

**APPROVED:**

/s/ Lorri J. Britsch
Lorri J. Britsch, Esq.
*Attorney for Plaintiff*

/s/ Cara L. Staley Rafferty
Cara L. Staley Rafferty, Esq.
Karen Haan Swanson, Esq.
*Attorneys for The United States Post Office*